IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARISSA CARPENTER,<br><br>　　　　Defendant.<br><br>MORGAN STANLEY,<br><br>　　　　Garnishee. | Case No. 2:22-MC-00002-MCE-JDP<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT** |

　　　The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED that:

　　　1.  Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Garnishment previously issued on January 10, 2022, is hereby TERMINATED; and

　　　2.  The Clerk of the United States District Court shall CLOSE this miscellaneous case.

　　　IT IS SO ORDERED.

DATED:  February 6, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE